IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| DONALD H. RILEY JR. DBA FASHION CLEANERS, | § § § |
| Plaintiff, | § § |
| v. | §   CIVIL ACTION NO. 7:17-CV-197 § |
| SHELLI HULA-PALMER & SECURITY NATIONAL INSURANCE COMPANY, | § § § § |
| Defendants. | § § § |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Security National Insurance Company ("Security") files this Notice of Removal under 28 U.S.C. §§ 1332, 1441, and 1446 and states as follows:

## I.
## INTRODUCTION

1.  Plaintiff Donald H. Riley Jr. d/b/a Fashion Cleaners ("Fashion" or "Plaintiff") commenced this lawsuit on August 31, 2017 by filing Plaintiff's Original Petition ("Petition") in the 161st Judicial District Court of Ector County, Texas – Cause No. B-17-09-1046-CV.

2.  Plaintiff's Petition, which includes a jury demand, names Security National Insurance Company and Shelli Hula-Palmer ("Hula-Palmer") as defendants (collectively, "Defendants"). Hula-Palmer was an adjuster assigned to Plaintiff's insurance claim which made the basis of this lawsuit.

3.  Plaintiff's Petition asserts the following claims against Security: breach of contract and violations of the Chapter 542 of the Texas Insurance Code. Plaintiff's petition asserts that both